tain of the merchandise in question was held entitled to free entry as crude drugs under paragraph 1669 and drugs, sliced, at 10 percent ad valorem under paragraph 34 as claimed.

No. 45120.—Protests 773775–G, etc., of Premier Peat Moss Corp'n (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

No. 45121.—Protest 795843–G of Page & Jones (Mobile).

Opinion by Evans, J. It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

January 3, 1941

No. 45122.——Protests 981907–G, etc., of Sears, Roebuck & Co. Abstract 44820. Plaintiffs' application for rehearing granted.

No. 45123.——Protests 949797–G, etc., of Alpha Importing Co. et al. Abstract 44704. Plaintiffs' application for rehearing granted.

January 3, 1941

No. 45124.—Suit 4306.— *States* v. *F. W. Woolworth Co.* C. D. 210 affirmed. C. A. D. 145.

January 6, 1941

No. 45125.—Suit 4299.——*V. Mueller & Co.* v. *United States.* C. D. 220 affirmed. C. A. D. 152.

September 2, 1938

No. 45126.—Suit 4136 (Suits 4001 and 4005).——*Malhame & Co.* v. *United States.*—Reap. No. 98114–A. T. D. 49497. Judgment of this court dated August 25, 1937 (Abstract 36808), shall stand as made.

(For the information of all concerned it is considered advisable to now publish in full the judgment of this court dated August 25, 1937 and the memorandum accompanying such judgment, covered by Abstract 36808.)

JUDGMENT

This cause having come on for hearing before this court and a judgment having been rendered in favor of the United States with respect to cloth-bound books and in favor of Malhame & Co. as to leather-bound books (Reap. Dec. 3811), and the said parties having thereafter appealed from said judgment to the United